Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (714) 362-0097
Email: jeremyb@jlohman.com
*Attorneys for Plaintiff, Mary F. Mullen*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MARY F. MULLEN,<br><br>            Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>            Defendant. | Case No: 8:21−cv−01053-JLS (JDEx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

   Plaintiff Mary F. Mullen ("Plaintiff") and Defendant, Experian Information Solutions, Inc. ("Experian") ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against Defendant Experian Information Solutions, Inc., in this action with prejudice, with each party to bear their own costs and attorneys' fees.

   Dated: July 20, 2022

- 1 -

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

RESPECTFULLY SUBMITTED

By: */s/ Jeremy E. Branch*
Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (714) 362-0097
Email: jeremyb@jlohman.com
*Attorney for Plaintiff, Mary F. Mullen*

By: */s/ Kelly Albright*
Kelly Albright (State Bar No. 317923)
kalbright@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949)553-7539
*Attorney for Defendant,*
*Experian Information Solutions, Inc.*

- 2 -

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained his/her authorization to affix his/her electronic signature to this document. I hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 20, 2022    ,    Respectfully submitted,

            The Law Offices of Jeffrey Lohman, P.C.

            By: s/ *Jeremy E. Branch*
            Jeremy E. Branch, Esq.
            Attorney for Plaintiff

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 20, 2022.

By: */s/ Jeremy E. Branch*
Jeremy E. Branch, Bar No. 303240

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**