# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:21-cv-01053-JLS-KES                    Date 01/20/2023

Title: Mary F. Mullen v. Experian Information Solutions, Inc.

Present: The Honorable Judge Josephine L. Staton

| Holidae Crawford | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:

NONE

Attorneys Present for Defendants:

NONE

Proceedings:    ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated 07/20/2022 .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other make JS-6

☐ Entered _____ .

Initials of Preparer _____